# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DESEAN L. MITCHELL,

    Defendant.

Case No. 21-CR-

**21-CR-013**

[18 U.S.C. §§ 2119(1), 924(c), and 2(a)]

## INDICTMENT

### COUNT ONE

**THE GRAND JURY CHARGES THAT:**

On or about September 21, 2020, in the State and Eastern District of Wisconsin,

**DESEAN L. MITCHELL,**

with the intent to cause death and serious bodily harm, took a motor vehicle that had been transported, shipped, and received in interstate and foreign commerce from the person and presence of another by force and violence, and by intimidation.

In violation of Title 18, United States Code, Sections 2119(1) and 2(a).

## COUNT TWO

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about September 21, 2020, in the State and Eastern District of Wisconsin,

**DESEAN L. MITCHELL**

knowingly used, carried, brandished, and discharged a firearm during and in relation to a crime of violence, namely motor vehicle robbery as charged in Count One of this Indictment.

In violation of Title 18, United States Code, Sections 924(c)(1)(A)(iii) and 2(a).

## COUNT THREE

THE GRAND JURY FURTHER CHARGES THAT:

On or about October 11, 2020, in the State and Eastern District of Wisconsin,

**DESEAN L. MITCHELL,**

with the intent to cause death and serious bodily harm, took a motor vehicle that had been transported, shipped, and received in interstate and foreign commerce from the person and presence of another by force and violence, and by intimidation.

In violation of Title 18, United States Code, Sections 2119(1) and 2(a).

## COUNT FOUR

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about October 11, 2020, in the State and Eastern District of Wisconsin,

**DESEAN L. MITCHELL**

knowingly used, carried, and brandished a firearm during and in relation to a crime of violence, namely motor vehicle robbery as charged in Count Three of this Indictment.

In violation of Title 18, United States Code, Sections 924(c)(1)(A)(ii) and 2(a).

A TRUE BILL:

FOREPERSON

Dated: Jan 12, 2021

MATTHEW D. KRUEGER
United States Attorney

4